**No. 11-7094. Corey Deon Martin, Petitioner v. Wisconsin.**

565 U.S. 1084, 132 S. Ct. 827, 181 L. Ed. 2d 535, 2011 U.S. LEXIS 8762,

December 5, 2011. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District I, denied.

535

Same case below, 330 Wis. 2d 832, 794 N.W.2d 926.